UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Gary Hewitt,

                Petitioner,

   vs.                                                                  ORDER

B.R. Jett, Warden for                             CV 09-1676 (RHK/RLE)
FMC-Rochester,

                Respondent.

---

Based upon the March 15, 2010, Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and and to which no objections have been interposed, and upon an independent review of the files, records and proceedings in the above-entitled matter,

      IT IS ORDERED:

      1.    That the Report and Recommendation (Docket No. 12 ) is ADOPTED;

      2.    That the Petition for Writ of Habeas Corpus (Docket No. 1) is DENIED,

      3.    That the Petitioner's Motion for an Expedient Decision (Docket No. 11) is DENIED AS MOOT.


DATED: April 6, 2010

                                                                s/ Richard H. Kyle
                                                                Judge Richard H. Kyle
                                                                United States District Judge